# United States Court of Appeals
# for the Federal Circuit

---

**BENJAMIN ALLI, SHAKI ALLI, AND BSA CORPORATION,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5098

---

Appeal from the United States Court of Federal Claims in No. 01-CV-669, Judge Francis M. Allegra.

---

## JUDGMENT

---

ERIC J. ALLEN, Law Office of Eric J. Allen, LTD, of Columbus, Ohio, argued for plaintiffs-appellants.

J. HUNTER BENNETT, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (O'MALLEY, BRYSON, AND REYNA, *Circuit Judges).*

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2013          /s/ Jan Horbaly
    Date            Jan Horbaly
                  Clerk